# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ROBERT ROAM**                                                                 **PETITIONER**

**v.**                                       **NO. 5:08CV00344 JLH-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                     **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Robert Roam's Petition for Writ of Habeas Corpus (#1) is DISMISSED with prejudice and his renewed request for production of documents and motion for appointment of counsel are denied as moot.

IT IS SO ORDERED this 26th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE